# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| AMBER TILLEY and MICHAEL TILLEY, as next friend for their minor child, P.T., § § § Plaintiff, § § v. § § PEASTER INDEPENDENT SCHOOL DISTRICT; § JULIE WEST, individually and as an § employee of Peaster Independent School District; § DEBBIE VAN RITE, individually and as an § employee of Peaster Independent School District; § DOES I-XX, inclusive, § § Defendants. § | Case No.:4:12-cv-00408-Y |

## ORDER GRANTING
## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

On this date, the Court considered the Motion to Withdraw as Counsel for Plaintiffs urged by Jason J. Bach of The Bach Law Group, PLLC. Having considered those pleadings, it appears to this Court that Counsel for Plaintiffs' Motion to Withdraw as Counsel for Plaintiffs' should in all things be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiffs' Motion is GRANTED.

IT IS THERE ORDERED that Jason J. Bach of The Bach Law Group, PLLC is withdrawn as attorney of record for Michael and Amber Tilley.

SIGNED this _____ day of _____, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE